UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


CONTRERAS ET. AL.,

                                            1:10-cv-02361 OWW

vs.

RESIDENTIAL CREDIT SOLUTIONS ET. AL.,        NOTICE OF HEARING ON
                                             DISMISSAL FOR LACK
                                             OF PROSECUTION


_____/


        YOU ARE HEREBY NOTIFIED that the above-entitled action has been

placed on the calendar of the Honorable Oliver W. Wanger, U.S. District Judge,

in Courtroom Three of the above-entitled court located at 2500 Tulare Street,

Fresno, California, on August 1, at 10:00 AM, for dismissal for lack of

prosecution. INITIAL SCHEDULING CONFERENCE set June 23, 2011 has been VACATED.

        YOU ARE DIRECTED TO SHOW CAUSE by affidavit or certificate why the

action should or should not be dismissed.  Such affidavits or certificates are

to be filed at least seven days prior to the hearing.  Failure to comply will

result in dismissal of the action and/or other sanctions.



        DATED:  June 22, 2011

                                    VICTORIA MINOR, Clerk

                            By:
                                    Renee Gaumnitz, Deputy Clerk